JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendants

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX A. McCURDY<br>　　　　　　　　　Plaintiff,<br>vs.<br>GARY L. SIMPSON SHERIFF OF NAPA COUNTY, BOARD OF SUPERVISOR OF NAPA COUNTY, DIRECTOR OF DEPARTMENT OF MENTAL HEALTH FOR NAPA COUNTY, LANCE HAFENSTEIN DISTRICT ATTORNEY OF NAPA COUNTY, L. BORGO, DEPUTY SHERIFF OF TRANSPORTATION NAPA COUNTY, DEPUTY SHERIFF S. CREVEA, SGT. DEPUTY SHERIFF L. WASDEN, SGT. DAN CUNNINGHAM, DIRECTOR NAPA COUNTY DEPT OF CORRECTIONS, JOHN M. ALEXANDER, ASST DIRECTOR NAPA COUNTY DEPT OF CORRECTIONS,<br>　　　　　　　　　Defendants. | NO. C 06 2830 JF (PR)<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　　　Pursuant to the Court's Order Granting Motion to Proceed in Forma Pauperis; Partial Dismissal Order; Order of Service; Order Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion (Docket #11), defendants are required to file a motion for summary judgment or other dispositive motion with respect to the plaintiff's claims no later than January 29, 2008.

　　　　Defendants have only appeared in the action withing the past 35 days. Investigation of

plaintiff's claims is proceeding. Defendants believe at least a portion of the claims on which the plaintiff bases his complaint are appropriate for resolution by summary judgment. Defendants, however, require additional time to compile documentation in support of any motion.

Therefore, defendants respectfully request that the time within which a motion for summary judgment or other dispositive motion may be filed be extended an additional 90 days, through and including April 29, 2008.

DATED: January 30, 2008

JONES & DYER

By: /s/ Mark A. Jones
MARK A. JONES,
KRISTEN K. PRESTON
Attorneys for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, defendants' time to file motion for summary judgment or other dispositive motion be and hereby is extended to April 29, 2008.

DATED: 2/12/08

HON. JEREMY FOGEL
DISTRICT JUDGE