NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MCCURDY, | No. C 06-02830 JF (PR) |
| Plaintiff, | ORDER GRANTING SECOND REQUEST FOR ENLARGEMENT OF TIME TO FILE OPPOSITION |
| v. | |
| GARY SIMPSON, et al., | |
| Defendants. | (Docket Nos. 41 & 42) |

Plaintiff has filed a second request for enlargement of time to file an opposition to Defendants' motion for summary judgment. Good cause appearing, Plaintiff's application for enlargement of time (Docket No. 41) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than October 28, 2008.** Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

Plaintiff's request for production of documents (Docket No. 42) is DENIED as unnecessary. Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further Court order is required before the parties may conduct discovery.

IT IS SO ORDERED.

DATED:  8/26/08

JEREMY FOGEL
United States District Judge

Order Granting Second Request for Enlargement of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.06\McCurdy830.eot-oppo2.wpd