NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MCCURDY, | No. C 06-02830 JF (PR) |
| Plaintiff, | ORDER GRANTING THIRD REQUEST FOR ENLARGEMENT OF TIME TO FILE OPPOSITION |
| v. | |
| GARY SIMPSON, et al., | |
| Defendants. | (Docket No. 45) |

Plaintiff has filed a third request for enlargement of time to file an opposition to Defendants' motion for summary judgment. Good cause appearing, Plaintiff's application for enlargement of time (Docket No. 45) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than November 27, 2008.** Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 10/28/08

JEREMY FOGEL
United States District Judge

Order Granting Third Request for Enlargement of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.06\McCurdy830.eot-oppo3.wpd